UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGARET MARCELUS BENS,

    Plaintiff,

  v.

                                Case No. 2:25-cv-602-JES-KCD

BRYTEN REAL ESTATE
PARTNERS, LLC,  COLLIER
COUNTY HOUSING AUTHORITY,

    Defendants,
_____/

## ORDER

Before the Court is Plaintiff Margaret Marcelus Bens' Motion to Amend. (Doc. 4.) Federal Rule of Civil Procedure 15 provides that a party "may amend its pleading once as a matter of course within 21 days after serving it." Fed. R. Civ. P. 15(a)(1). Since service has not been perfected, Bens is entitled to amend the complaint as a matter of course without a Court order, so the motion is **DENIED** as unnecessary. The Clerk is **DIRECTED** to docket the amended complaint and exhibits (Docs. 4-1, 4-2) as a separate docket entry.

Plaintiff also moves to seal "certain confidential exhibits" to the amended complaint. (Doc. 10.) The motion is **DENIED** because Plaintiff does not identify which exhibits should be sealed. A wholesale request to seal all exhibits will not work. *See* Local Rule 1.1. Any future motion to seal must comply with Local Rule 1.11.

**ORDERED** in Fort Myers, Florida on July 29, 2025.

*[Signature]*

Kyle C. Dudek
United States Magistrate Judge