```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                 FORT MYERS DIVISION
```

MARGARET MARCELUS BENS,

      Plaintiff,

  v.                                   Case No.:   2:25-cv-00602-JES-DNF

BRYTEN REAL ESTATE PARTNERS, LLC, COLLIER COUNTY HOUSING AUTHORITY, and ANGELA EDISON, official capacity,

      Defendants,

_____

## OPINION AND ORDER

This matter comes before the Court on review of Margaret Marcelus Bens' (Bens or Plaintiff) motion for Temporary Restraining Order and Preliminary Injunction (Doc. #33) filed on September 15, 2025.

"The purpose of a temporary restraining order, like a preliminary injunction, is to protect against irreparable injury and preserve the status quo until the district court renders a meaningful decision on the merits." Schiavo ex rel. Schindler v. Schiavo, 403 F.3d 1223, 1231 (11th Cir. 2005)(citing Canal Auth. of State of Florida v. Callaway, 489 F.2d 567, 572 (5th Cir. 1974)). They are extraordinary and drastic remedies that should not be granted unless all prerequisites have been met. Id. At least two prerequisites have not been met here.

First, Plaintiff's motion fails to give "a precise and verified explanation of the amount and form of the required security," as required by the Local Rules. M.D. Fla. R. 6.01(4). See also Fed. R. Civ. P. 65(c)("The court may issue a preliminary injunction or a temporary restraining order only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained."). Second, "for a preliminary injunction to issue, the nonmoving party must have notice and an opportunity to present its opposition to the injunction." Four Seasons Hotels And Resorts, B.V. v. Consorcio Barr, S.A., 320 F.3d 1205, 1210 (11th Cir. 2003)(citing Fed. R. Civ. P. 65(a)(1)). Defendant Bryten Real Estate Partners, LLC has not appeared in this case. The Court finds insufficient notice at least as to that Defendant. While a temporary restraining order can be issued without notice in limited circumstances, Fed. R. Civ. P. 65(b)(1), those limited circumstances are not satisfied here.

Accordingly, it is now

**ORDERED:**

Plaintiff's motion for Temporary Restraining Order and Preliminary Injunction (Doc. #33) is **DENIED without prejudice.**

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE